## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the foregoing filed Federal Court Complaint & Injunctive Relief Requests, with required attachments, has been duly served via Minnesota Judicial Branch Odyssey Electronic Filing systems upon:

DEFENDANT HENNEPIN COUNTY-4th DISTRICT COURT, et al

DEFENDANT GEORGE F. BORER, et al

DEFENDANT JUSTIN H. JENKINS, et al

DEFENDANT WINTHROP & WEINSTINE, et al

John Westley-PLAINTIFF
P.O. Box 346
Panama City FL 32402

SCANNED
JAN 1 0 2017
U.S. DISTRICT COURT ST. PAUL